In the Matter of ELIZABETH O'DEA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ASSOCIATION OF DEALERS IN MASONS' BUILDING MATERIALS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EVA K. CONLON v. MARY A. KELLY and Others.— Motion by plaintiff to withdraw appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of CROTONA AVENUE (VERNELIA WHITE, as Ancillary General Guardian).— Motion to confirm report granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABORN STEEL Co., INC., v. KASHIRO S. KODAMA and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATIONAL SURETY COMPANY v. HENRY L. DOHERTY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ALEXANDER ACKERSON, an Attorney.— Reference ordered to Hon. John J. Freedman, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NORA CULHANE, as Administratrix, v. ECONOMICAL GARAGE, INC., Impleaded.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BERNARD McSWEENEY, an Infant, v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MOODY ENGINEERING Co., INC., v. CATALANA DE GAS Y ELECTRICIDAD, S. A.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MOODY ENGINEERING Co., INC., v. CATALANA DE GAS Y ELECTRICIDAD, S. A.— Motion to vacate stay denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of SERVICE STREET. CASSIDY REALTY CORPORATION, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WALTER D. RUSHER v. ANNIE S. WATT and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARCUS E. CUMMINGS v. BROADWAY-94TH STREET REALTY Co., INC., and POLLACK & O'NEILL, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARCUS E. CUMMINGS v. BROADWAY-94TH STREET REALTY Co., INC., and POLLACK & O'NEILL, INC.— Motion denied, with ten dollars costs, on the authority of Midtown Contracting Co. v. Goldsticker (165 App. Div. 264, 269). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.